BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HUGHES

FILED
NOV 0 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 02-40193-CW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER FOR CONTINUANCE OF |
|  | ) STATUS HEARING |
| LAWRENCE HUGHES, | ) Date: November 7, 2007 |
|  | ) Time: 2:30 p.m. |
| Defendant. | ) Court: Hon. Claudia Wilken |
|  | ) U. S. District Court |

This matter is currently on calendar on November 7, 2007, for status on defendant's alleged violation of the conditions of his supervised release. Defendant Lawrence Hughes and the government, through their respective counsel, jointly stipulate and request that the matter be continued to the new date of Wednesday, December 5, 2007, at 2:30 p.m. The parties make this request because the state court charges which form the basis for the alleged supervised release violation remain pending in state court and Mr. Hughes is not scheduled to appear again in state court until November 14, 2007, at which time he is set for a preliminary hearing. Thus the parties will not be in a position to move forward with this matter at Mr. Hughes' currently scheduled appearance on November 7th.

The Probation Officer has been consulted, supports the requested continuance and will be

1  available on the new date.

2  SO STIPULATED.

3  Dated:       Nov. 6, 2007                       /S/
                                                   _____
4                                                  HILARY A. FOX
                                                   Attorney for Defendant HUGHES
5

6  SO STIPULATED.

7  Dated:       Nov. 6, 2007                       /S/
                                                   _____
8                                                  BRYAN WHITTAKER
                                                   Assistant United States Attorney
9

10                           SIGNATURE ATTESTATION

11     I hereby attest that I have on file all holograph signatures for any signatures indicated by

12  a "conformed" signature (/S/) within this e-filed document.

13

14

15                                   **ORDER**

16     Based on the reasons provided in the stipulation of the parties above, and for good cause

17  appearing, IT IS HEREBY ORDERED THAT the status hearing that is currently scheduled in this

18  matter for November 7, 2007, shall be continued to December 5, 2007, at 2:30 p.m.

19     IT IS SO ORDERED.

20  Dated: Nov. __7__, 2007
                                                   _____
21                                                 CLAUDIA WILKEN
                                                   United States District Court
22

23

24

25

26